IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Andreas Leroy Glenn, | ) | C/A NO. 3:12-727-CMC-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **OPINION and ORDER** |
| v. | ) | |
| | ) | |
| Bi-Lo Corporation; Chad J. Jowers, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the court on Plaintiff's *pro se* motion for copies. ECF No. 47. Plaintiff's motion for copies indicates he seeks copies "to prepare case." Mot. at 1. However, this matter was closed May 7, 2012. As there is nothing to "prepare" in this matter, Plaintiff's motion for copies is **denied**.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
October 9, 2013

1